**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SB1 FEDERAL CREDIT UNION, | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | NO. 10-CV-5375 |
| CUNA MUTUAL GROUP and CUMIS | : | |
| INSURANCE SOCIETY, | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this 29th day of December, 2010, for the reasons stated in the foregoing memorandum, Defendants' Motion to Dismiss is DENIED.

BY THE COURT:

s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.